■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD CHISHOLM, Appellant.—Judgment, Supreme Court, New York County (Albert Williams, J.), rendered on October 10, 1985, unanimously reversed, on the law, and a new trial ordered. *(See, People v Owens,* 69 NY2d 585.) No opinion. Concur—Murphy, P. J., Ross, Kassal, Rosenberger and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BRUCE LORICK, Appellant, v WARDEN, Respondent.—Order, Supreme Court, New York County (George Roberts, J.), entered on March 26, 1987, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur— Murphy, P. J., Ross, Kassal, Rosenberger and Ellerin, JJ.